ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
The Bedwell Company ) ASBCA No. 61403
)
Under Contract No. W912DS-14-C-0004 )

APPEARANCE FOR THE APPELLANT: Ira E. Dorfman, Esq.
   Berkowitz & Associates, P.C.
   Marlton, NJ

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
   Engineer Chief Trial Attorney
  Lorraine C. Lee, Esq.
  Rita M. Fang, Esq.
   Engineer Trial Attorneys
   U.S. Army Engineer District, New York

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 1, 2019

LIS B. YOUNG
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61403, Appeal of The Bedwell Company, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals